# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reno, Lee A. | Northern District of Texas - Amarillo Division | 07/31/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

205 SE 5th St.
Amarillo TX 79101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | SSS Gateway LLC |
| 2. | Partner | SMSR 2, LTD. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | ▮▮▮▮▮▮▮▮ , former law firm: 401(k) with Firm Managed Asset Selection |
| 2. | 2018 | ▮▮▮▮▮▮▮▮ , former law firm: payments representing fair value of fees collected after departure |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | ▓▓▓▓▓▓ fees earned prior to departure) | $5,670.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Texas Young Lawyers Assoc. | January 406, 2018 | College Station, TX | Committee meeting | Travel, lodging, and meals |
| 2. | Federal Bar Association, Dallas Chapter | January 11-13, 2018 | Las Colinas, TX | Bench Bar Conference Speaker | Travel, lodging, and meals |
| 3. | Texas State Bar Assoc. | August 23-24, 2018 | Dallas, TX | CLE Speaker | Travel, lodging, and meals |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 07/31/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America- Bank Account | A | Interest | L | T | | | | | |
| 2. Happy State Bank -Cash Equivalent Accounts | A | Interest | K | T | | | | | |
| 3. SMSR 2, LTD - Partnership Interest Amarillo, TX | C | Distribution | J | U | | | | | |
| 4. SSS Gateway LLC- Partnership Interest | C | Royalty | J | U | | | | | |
| 5. Investment Account #1 (H) | | | | | | | | | |
| 6. Allianz Se SPD ADR (AZSEY) | A | Dividend | J | T | | | | | |
| 7. Altria Group Inc (MO) | A | Dividend | J | T | | | | | |
| 8. Ameren Corp (AEE) (X) | A | Dividend | J | T | | | | | |
| 9. Amn Elec Power Co (AEP (X) | A | Dividend | J | T | | | | | |
| 10. Astrazeneca Plc Spnd Adr (AZN) | A | Dividend | J | T | | | | | |
| 11. AT&T Inc (T) | A | Dividend | J | T | | | | | |
| 12. AXA Spons Adr (AZAHY) | A | Dividend | J | T | | | | | |
| 13. BAE Sys Plc Spn Adr (BAESY) | A | Dividend | J | T | | | | | |
| 14. BASF Se Sponsored Adr (BASFY) | A | Dividend | J | T | | | | | |
| 15. BCE Inc (BCE) | A | Dividend | J | T | | | | | |
| 16. British Amn Tobaco Spadr (BTI) | A | Dividend | J | T | | | | | |
| 17. Cisco Systems Inc (CSCO) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Deutsche Tele Ag Spn Adr (DTEGY) | A | Dividend | J | T | | | | | |
| 19. Dominion Energy Inc (formerly Res Inc New VA) (D) | A | Dividend | J | T | | | | | |
| 20. Duke Energy Corp New (DUK) | A | Dividend | J | T | | | | | |
| 21. Eaton Corp PLLC (ETN) | A | Dividend | J | T | | | | | |
| 22. Entergy Corp (ETR) | A | Dividend | J | T | | | | | |
| 23. Exxon Mobil Corp (XOM) | A | Dividend | J | T | | | | | |
| 24. Firstenergy Corp (FE) (X) | A | Dividend | J | T | | | | | |
| 25. Glaxosmithkline PLC Adr (GSK) | A | Dividend | J | T | | | | | |
| 26. Imperial Brands PLC (IMBBY) | A | Dividend | J | T | | | | | |
| 27. Iron Mountain Reit Inc (IRM) | A | Dividend | J | T | | | | | |
| 28. Kimberly Clark (KMB) | A | Dividend | J | T | | | | | |
| 29. McDonalds Corp (MCD) | A | Dividend | J | T | | | | | |
| 30. Merck and Co Inc SHS (MRK) (X) | A | Dividend | J | T | | | | | |
| 31. Metlife Inc (MET) (X) | A | Dividend | J | T | | | | | |
| 32. Microsoft Corp (MSFT) (X) | A | Dividend | J | T | | | | | |
| 33. Muenchener Rueck-Unspon (MURGY) | A | Dividend | J | T | | | | | |
| 34. National Grid Plc Sp Adr (NGG) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Naturgy Energy Group SA (GASNY) (X) | A | Dividend | J | T | | | | | |
| 36. Nestle SA Rep RG Sh Adr (NSRGY) | A | Dividend | J | T | | | | | |
| 37. Novartis Adr (NVS) | A | Dividend | J | T | | | | | |
| 38. Nutrien Ltd Reg Shs (NTR) (X) | A | Dividend | J | T | | | | | |
| 39. Occidental Pete Corp Cal (OXY) | A | Dividend | J | T | | | | | |
| 40. Orkla AS A Shs Adr (ORKLY) | A | Dividend | J | T | | | | | |
| 41. Pembina Pipeline Corp (PBA) | A | Dividend | J | T | | | | | |
| 42. Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 43. Philip Morris Intl Inc (PM) | A | Dividend | J | T | | | | | |
| 44. PPL Corporation (PPL) | A | Dividend | J | T | | | | | |
| 45. Procter & Gamble Co (PG) | A | Dividend | J | T | | | | | |
| 46. Red Electrica Corp Unspn Adr (RDEIY) | A | Dividend | J | T | | | | | |
| 47. Roche Hldg Ltd Spn Adr (RHHBY) | A | Dividend | J | T | | | | | |
| 48. Rogers Communications (RCI) | A | Dividend | J | T | | | | | |
| 49. Royal Dutch Shell Plc Spons Adr A (RDSA) | A | Dividend | J | T | | | | | |
| 50. Telus Corp (TU) | A | Dividend | J | T | | | | | |
| 51. Terna SPA unsponsored Adr (TEZNY) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Texas Instruments (TXN) | A | Dividend | J | T | | | | | |
| 53. Total SA SP Adr (TOT) | A | Dividend | J | T | | | | | |
| 54. Unibail Rodamco Se Unsp Adr - common stock | A | Dividend | | | Sold | 06/29/18 | J | | |
| 55. Unilever Plc New Adr (UL) | A | Dividend | J | T | | | | | |
| 56. Verizon Communications Com - common stock | A | Dividend | J | T | | | | | |
| 57. Vinci SA Adr (VCISY) | A | Dividend | J | T | | | | | |
| 58. Vodafone Group Plc Shs Adr (VOD) | A | Dividend | J | T | | | | | |
| 59. WEC Energy Group Inc Shs (WEC) (X) | A | Dividend | J | T | | | | | |
| 60. WellTower Inc (WELL) | A | Dividend | J | T | | | | | |
| 61. Investment Account #2 (H) | | | | | | | | | |
| 62. Altria Group Inc - (MO) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | B | |
| 63. | | | | | Sold (part) | 01/12/18 | J | A | |
| 64. | | | | | Sold (part) | 01/16/18 | J | B | |
| 65. | | | | | Sold (part) | 02/27/18 | J | B | |
| 66. | | | | | Sold (part) | 02/28/18 | J | A | |
| 67. | | | | | Sold (part) | 03/01/18 | J | A | |
| 68. Apple Inc (AAPL) | A | Dividend | J | T | Buy | 02/08/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 70. Berkshire Hathawayinc Del Cl B New (BRKB) | | None | J | T | | | | | |
| 71. Blackrock Inc (BLK) | A | Dividend | J | T | | | | | |
| 72. CA Inc (CA) | A | Dividend | | | Sold | 11/05/18 | J | C | |
| 73. Carnival Corp Paired Shs (CCL) | A | Dividend | J | T | Buy (add'l) | 12/17/18 | J | | |
| 74. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 75. Chevron Corp (CVX) | A | Dividend | J | T | | | | | |
| 76. Cinn Fincl Crp Ohio (CINF) | A | Dividend | J | T | | | | | |
| 77. Cisco Systems Inc Com (CSCO) | A | Dividend | J | T | | | | | |
| 78. Coca Cola Com (KO) | A | Dividend | J | T | | | | | |
| 79. Crown Castle Reit Inc (CCI) | A | Dividend | J | T | | | | | |
| 80. Diageo Plc Spsd Adr (DEO) | A | Dividend | J | T | | | | | |
| 81. Dominion Energy Inc (D) | A | Dividend | J | T | | | | | |
| 82. Duke Energy Corp New (DUK) | A | Dividend | J | T | | | | | |
| 83. Eli Lilly & Co (LLY) | A | Dividend | | | Sold (part) | 02/08/18 | J | A | |
| 84. | | | | | Sold (part) | 02/27/18 | J | A | |
| 85. | | | | | Sold | 02/28/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Fastenal Company (FAST) | | None | J | T | Buy | 11/14/18 | J | | |
| 87. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 88. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 89. Franklin Res Inc (BEN) | | None | J | T | Buy | 12/11/18 | J | | |
| 90. General Electric (GE) | A | Dividend | | | Sold | 02/08/18 | J | | |
| 91. General Mills - (GIS) | A | Dividend | | | Sold (part) | 02/27/18 | J | | |
| 92. | | | | | Sold (part) | 02/28/18 | J | | |
| 93. | | | | | Sold | 04/04/18 | J | | |
| 94. Genl Dynamics Corp (GD) | A | Dividend | J | T | Sold (part) | 11/29/18 | J | B | |
| 95. | | | | | Sold (part) | 12/11/18 | J | A | |
| 96. | | | | | Sold (part) | 12/12/18 | J | B | |
| 97. Hasbro Inc (HAS) | A | Dividend | J | T | | | | | |
| 98. Intel Corp (INTC) | A | Dividend | J | T | | | | | |
| 99. Johnson and Johnson Com (JNJ) | A | Dividend | J | T | Buy | 07/31/18 | J | | |
| 100. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 101. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 102. | | | | | Buy (add'l) | 08/16/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Kinder Morgan Inc (KMI) | A | Dividend | J | T | | | | | |
| 104. Lowe's Companies Inc (LOW) | A | Dividend | J | T | | | | | |
| 105. Merck and Co Inc (MRK) | A | Dividend | J | T | | | | | |
| 106. Microsoft Corp (MSFT) | A | Dividend | J | T | Sold<br>(part) | 11/28/18 | J | B | |
| 107. | | | | | Sold<br>(part) | 12/11/18 | J | B | |
| 108. Nestle S A Rep RG SH ADR (NSRGY) | | None | J | T | Buy | 11/29/18 | J | | |
| 109. | | | | | Buy<br>(add'l) | 12/12/18 | J | | |
| 110. Newmarket Corp (NEU) | A | Dividend | J | T | | | | | |
| 111. Norfolk Southern Corp (NSC) | A | Dividend | J | T | Sold<br>(part) | 11/28/18 | J | B | |
| 112. | | | | | Sold<br>(part) | 11/29/18 | J | A | |
| 113. | | | | | Sold<br>(part) | 12/11/18 | J | A | |
| 114. | | | | | Sold<br>(part) | 12/12/18 | J | A | |
| 115. Paccar Inc (PCAR) | A | Dividend | J | T | Buy | 02/27/18 | J | | |
| 116. | | | | | Buy<br>(add'l) | 02/28/18 | J | | |
| 117. | | | | | Buy<br>(add'l) | 03/01/18 | J | | |
| 118. | | | | | Buy<br>(add'l) | 08/22/18 | J | | |
| 119. Paychex Inc (PAYX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 121.  Phillip Morris Int Inc (PM) | A | Dividend | J | T | | | | | |
| 122.  Target Corp (TGT) | A | Dividend | J | T | Sold (part) | 08/15/18 | J | A | |
| 123. | | | | | Sold (part) | 08/16/18 | J | B | |
| 124.  Texas Instruments (TXN) | | None | J | T | Buy | 11/29/18 | J | | |
| 125. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 126.  United Parcel Svc Cl B (UPS) | A | Dividend | J | T | Buy | 01/11/18 | J | | |
| 127. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 128. | | | | | Buy (add'l) | 01/16/18 | J | | |
| 129. | | | | | Buy (add'l) | 01/18/18 | J | | |
| 130. | | | | | Buy (add'l) | 02/05/18 | J | | |
| 131.  Verizon Communiations (VZ) | A | Dividend | J | T | | | | | |
| 132.  Wells Fargo & Co New (WFC) | A | Dividend | J | T | | | | | |
| 133.  Investment Account #3 (H) | | | | | | | | | |
| 134.  Merrill Lynch - Bank Account (cash) | A | Interest | K | T | | | | | |
| 135.  San Jacinto Tex Cmty Clg Dist (798025HM7) | A | Interest | J | T | | | | | |
| 136.  University Houston Tex Iniv Revs (914302BK9) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Dallas Fort Worth Tex Intl Arpt Joint D (235036L65) | A | Interest | J | T | | | | | |
| 138. Castleberry Tex Indpt (148537NV1) | B | Interest | L | T | Buy | 04/24/18 | L | | |
| 139. Texas St Go Mobility (formerly Unrefunded - Municipal Bond) (882723L | A | Interest | | | Redeemed | 04/02/18 | J | | |
| 140. Texas Mun Pwr Agy Rev (882555XX8) | A | Interest | J | T | | | | | |
| 141. Austin Tex Elec Util Sys (052414NG0) | A | Interest | J | T | | | | | |
| 142. Lubbock Tex Indpt Sch (549220S93) | A | Interest | K | T | | | | | |
| 143. Houston Tex Pub Impt (442331WE0) | A | Interest | J | T | | | | | |
| 144. San Antonio Tex Pub Fac (796334AS9) | A | Interest | K | T | | | | | |
| 145. Argyle Tex Indpt Sch (040319A54) | A | Interest | L | T | Buy | 04/18/18 | L | | |
| 146. Dallas Fort Worth Tex Intl Arpt Rev Ser G (235036T75) | B | Interest | K | T | | | | | |
| 147. San Antonio Tex Elec & Gas (7962536V9) | A | Interest | K | T | Buy | 04/25/18 | K | | |
| 148. Lincoln AM Legacy III Annuity (fixed) (X) | | None | L | T | | | | | |
| 149. 529 Plan #1 (H) | | | | | | | | | |
| 150. MLPF&S Blkrk Age 8 to 10 Years Portfolio A | | None | K | T | | | | | |
| 151. MLPF&S Blkrk Age 8 to 10 years Portfolio C | | None | J | T | | | | | |
| 152. MLPF&S Mfs Age 6 to 10 Years Portfolio C | | None | J | T | | | | | |
| 153. MLPF&S Mfs Age 6 to 10 Years Portfolio A | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. 529 Plan #2 (H) | | | | | | | | | |
| 155. MLPF&S Blkrk Age 8 to 10 Years Portfolio A | | None | K | T | | | | | |
| 156. MLPF&S Blkrk Age 8 to 10 Years Portfolio C | | None | J | T | | | | | |
| 157. MLPF&S Mfs Age 6 to 10 Years Portfolio A | | None | K | T | | | | | |
| 158. MLPF&S Mfs Age 6 to 10 Years Portfolio C | | None | J | T | | | | | |
| 159. 529 Plan #3 (H) | | | | | | | | | |
| 160. MLPF&S Blkrk Age 4 to 7 Years Portfolio C | | None | J | T | | | | | |
| 161. MLPF&S Blkrk Age 4 to 7 Years Portfolio A | | None | J | T | | | | | |
| 162. MLPF&S MFS Age 6 to 10 Years Portfolio A | | None | J | T | | | | | |
| 163. MLPF&S MFS Age 6 to 10 Years Portfolio C | | None | J | T | | | | | |
| 164. IRA #1 (H) | | | | | | | | | |
| 165. Consumer Discretionary (XLY) | A | Dividend | J | T | | | | | |
| 166. First Trust Dow Jones Internet Index (formerly Exchange Traded) (FDN) | | None | J | T | | | | | |
| 167. First Trust Cloud (SKYY) | | None | | | Sold | 03/06/18 | J | A | |
| 168. Health Care Select SPR (XLV) | A | Dividend | J | T | | | | | |
| 169. IShares MSCI Cda Etf (EWC) | | None | | | Sold | 03/06/18 | J | A | |
| 170. IShares MSCI Switzerland (EWL) stock | | None | | | Sold | 03/06/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Ishares NASDAQ Biotech (IBB) | A | Dividend | J | T | | | | | |
| 172. Ishares MSCI Pacific (EPP) | | None | | | Sold | 03/06/18 | J | A | |
| 173. Ishares Iboxx- Invt Grade Corp Bond (LQD) | A | Dividend | J | T | | | | | |
| 174. Ishares Tips (TIP) | A | Dividend | J | T | | | | | |
| 175. Ishares 3-7 Year Treasury Bond (IEI) | A | Dividend | J | T | | | | | |
| 176. Ishares MBS ETF (MBB) | A | Dividend | J | T | | | | | |
| 177. IShares MSCI Eurozone EFT (EZU) | | None | | | Sold | 03/06/18 | J | A | |
| 178. Ishares MSCI Japan Etf (EWJ) | | None | | | Sold | 03/06/18 | J | A | |
| 179. Ishares MSCI UK Etf (EWU) | | None | | | Sold | 03/06/18 | J | A | |
| 180. Ishares Inc Core MSCI (IEMG) | A | Dividend | J | T | | | | | |
| 181. IShares TR Core MSCI EAF ETF (IEFA) | A | Dividend | J | T | Buy | 03/06/18 | K | | |
| 182. | | | | | Sold (part) | 06/20/18 | J | | |
| 183. Invesco (formerly Powershares) Em Sovereign (PCY) | A | Int./Div. | J | T | | | | | |
| 184. Real Estate Select (XLRE) | A | Dividend | J | T | | | | | |
| 185. Spdr US Financial Sector (XLF) | A | Dividend | J | T | Buy (add'l) | 03/06/18 | J | | |
| 186. | | | | | Buy (add'l) | 03/28/18 | J | | |
| 187. Vanguard Consumer (VDC) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Vanguard Materials ETF (VAW) | A | Dividend | J | T | Buy | 03/06/18 | J | | |
| 189. Vanguard Information Tech Etf (VGT) | A | Dividend | J | T | Sold (part) | 03/06/18 | J | B | |
| 190. | | | | | Sold (part) | 08/29/18 | J | A | |
| 191. Vanguard Industrial Etf (VIS) | A | Dividend | J | T | | | | | |
| 192. Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | J | T | | | | | |
| 193. Vanguard Short Term Bond (BSV) | A | Dividend | J | T | | | | | |
| 194. IRA #2 (H) | | | | | | | | | |
| 195. Consumer Discretionary (XLY) | A | Dividend | J | T | | | | | |
| 196. Health Care Select Spdr - - ETF Fund (XLV) | A | Dividend | J | T | | | | | |
| 197. IShares MSCi Pacific- (EPP) | | None | | | Sold | 03/06/18 | J | A | |
| 198. Ishares MBS Etf- ETF Fund (MBB) | A | Dividend | J | T | | | | | |
| 199. IShares MSCI Eurozone- ETF Fund (EZU) | | None | | | Sold | 03/06/18 | J | A | |
| 200. IShares MSCI UK Etf shs (EWU) | | None | | | Sold | 03/06/18 | J | A | |
| 201. Ishares Inc Core Msci Emerging MKts- ETF Fund (IEMG) | A | Dividend | J | T | | | | | |
| 202. IShares TR Core MSCI EAF (IEFA) | A | Dividend | J | T | Buy | 03/06/18 | J | | |
| 203. SPDR US Financial Sector ETF Fund (XLF) | A | Dividend | J | T | | | | | |
| 204. Vanguard Consumer Staples- ETF Fund (VDC) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Vanguard Information Tech- ETF Fund (VGT) | A | Dividend | J | T | | | | | |
| 206. Vanguard Industrial- ETF Fund (VIS) | A | Dividend | J | T | | | | | |
| 207. Vanguard Intermediate Term Bond - Bond (BIV) | A | Dividend | J | T | | | | | |
| 208. Vanguard Short Term Bond (BSV) | A | Dividend | J | T | | | | | |
| 209. 401(k) #1 (H) | | | | | | | | | |
| 210. Vanguard Trgt Retire 2035 Fund Investment | | None | O | T | | | | | |
| 211. 401(k) #2 (H) | | | | | | | | | |
| 212. Vanguard Trgt Retire 2040 Fund Investment | | None | N | T | | | | | |
| 213. Lincoln Financial American Legacy Variable Annuity (H) | | | | | | | | | |
| 214. Amer Funds MR Asset Allocation - Mutual Funds | | None | J | T | | | | | |
| 215. AF Global Bal Alloc MR- Mutual Funds | | None | K | T | | | | | |
| 216. AF Global Growth MR Lvip- Mutal Funds | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 07/31/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Assumed bench on October 1, 2017

Part VII: Names of holdings have been adjusted to comport with brokerage statements. This is not indicative of changes in assets or reportable transactions.

Part VII, lines 5 and 6 of the initial report have been consolidated in this report on line 4.

Part VII, lines 8, 9, 24, 30-32, 35, 38, 59, and 148: These assets are reportable in this cycle; there are not corresponding reportable transactions.

Part VII: Retirement (401(k)) and education (529) accounts listed in this report are unit based and do not generate individually credited income.

Part VII, lines 213-216: This annuity varies based upon market value of the underlying holdings; it does not attribute income to individual holdings.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, Lines 2, 7-10, 12, 13, 16, 24, 26-28, 31, 34, 53, 55, 59-66, 73, 77, 79, 81, 85, 111, 113, 116, 117, 131, 137, 143, 144, 150, 169, 171, 173, 178, 180, 188, 195, 201, 202, and 203 of the initial report are not reportable during this reporting period; there are not corresponding reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Lee A. Reno**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544